FILED

**Margaret Botkins**
**Clerk of Court**

10:19 am, 12/6/23

United States District Court
For The District of Wyoming

ERICA CHRISTINE UHL,

        Plaintiff,

vs.                                                           Civil No. 23-CV-185-F

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

      The Court having entered an Order on December 4, 2023, the Court has ordered that the Commissioner's decision be reversed and remanded for further processing.

      The Court has ordered that the Commissioner's Decision in this matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with the Order entered December 4, 2023.

      Dated this 6th day of December, 2023.

_____
*Clerk of Court or Deputy Clerk*